# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 2, 2008

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

The Honorable Edward F. Shea
U.S. District Judge
Eastern District of Washington
825 Jadwin Avenue, Suite 190
Richland, WA 99352

RE:  **NOYES, Bruce Ray**
Dkt. No.: 2:06CR02116-003
**REQUEST FOR OUT OF COUNTRY TRAVEL**

Dear Judge Shea:

The above offender was placed on a 5-year probation term on February 13, 2008, for a misdemeanor offense of conspiracy to misbrand a drug while held for sale. The offender is requesting permission to travel to a family time share located at the Grand Caymanian Resort located at 278 Creighton Drive, Grand Cayman, from December 5 through December 15, 2008.

The offender is current with his criminal monetary penalties payment plan ordered by the Court. The offender is also in compliance with his conditions of probation to the best knowledge of the probation officer. The government was contacted with respect to this travel request and advised they have no position concerning this request.

As the offender's travel would require he leave the jurisdiction of the United States, Court permission is required. The probation officer believes the Court should **approve** the offender's requested out of country travel plans as indicated. The Court can indicate below whether the requested travel is approved or denied.

**NOYES, Bruce Ray**
**October 2, 2008**
**Page 2**

Respectfully submitted,

Scott M. Morse, Sr.
Chief U. S. Probation Officer

By: _____Kevin Crawford_____ 10/2/08
Kevin Crawford                        Date
U. S. Probation Officer

APPROVED BY:

_____ 10/2/08
Rebecca M. Nichols              Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[X] Request for out of country travel approved
[ ] Request for out of country travel denied
[ ] Other

_____
Signature of Judicial Officer

10/6/08
Date