# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

October 13, 2009

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Yakima

The Honorable Edward F. Shea
U.S. District Judge
Eastern District of Washington
825 Jadwin Ave, Suite 190
Richland, WA 99352-0446

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

RE: Noyes, Bruce Ray
Docket No: 2:06CR02116-3

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

The purpose of this letter is to advise the Court that Mr. Noyes has requested permission to travel outside the United States.

On February 13, 2008, Mr. Noyes was sentenced to 60 months probation after pleading guilty to Conspiracy to Misbrand a Drug While Held for Sale, 21 U.S.C. § 331(k). He was ordered to pay a fine in the amount of $1,874,105.00 and restitution in the amount of $312,589.50. Mr. Noyes paid $150,000 on October 22, 2008. The Court ordered Mr. Noyes to pay $50,000 in February 2009, which he paid to the Clerk of the Court on March 23, 2009. At this time, he is current with his restitution schedule and his next payment is not due until September 1, 2010.

Mr. Noyes has requested permission to travel to Puerto Vallarta, Mexico. He will be staying with Cindy Smith and her family at their timeshare property located at Paseo de la Marina Sur 7 Marina Vallarta, 48354, Puerto Vallarta (Jalisco) Mexico, telephone: (52) 322 2263000, Fax number (52) 322 2663030.

Noyes, Bruce Ray
October 13, 2009
Page 2

If approved, he would depart from Seattle, Washington, on December 19, 2009, and return on December 26, 2009.

Mr. Noyes has been cooperative with all aspects of supervision. He is not employed at this time, as his position with Lextron was eliminated. He has been assisting his son, Brett Noyes, with the brokering of animal meats to which are sold to restaurants and markets. He has been consulting for his son for approximately 6 months and has currently earned one pay check.

On October 7, 2009, this officer met with Mr. Noyes at his residence. Mr. Noyes advised he is opening a new business, Cascade Animal Care Products. He reported he will be selling the same type of merchandise he previously sold while running Animal Pharmaceuticals. He stated he reapplied for his pharmaceutical license and is awaiting the state boards' response. He indicated he will need to travel more, as his sales will take him throughout areas of Washington and Oregon. He also hopes to rehire many of his old employees, as all but two have left Lextron's company. Currently, he is surviving on rental property income, and he has been "borrowing" from his "life insurance policy and from retirement funds."

This officer recommends that Mr. Noyes' request to travel to Puerto Vallarta, Mexico, be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  13 Oct. 09
Stephen Krous                  Date
U.S. Probation Officer

APPROVED BY:

_____  10/13/09
Rebecca M. Nichols    Date
Supervising U.S. Probation Officer

SK/lh

**ORDER OF THE COURT:**

**Approved** ✗

**Disapproved** _____

10/15/09

**Date**

*[Signature: Edward F. Shea]*

The Honorable Edward F. Shea
U.S. District Judge